# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**WILLIAM PHILLIPS**                                                    **PLAINTIFF**

**VERSUS**                               **CIVIL ACTION NO. 5:05cv224DCB-JCS**

**DANIEL HARRIS, JR., and**
**JUDGE ISADORE PATRICK**                                       **DEFENDANTS**

<u>ORDER</u>

BEFORE the Court is the plaintiff's complaint filed pursuant to 42 U.S.C. § 1983 and his two responses to the Court's order to amend, filed in the above entitled action. Upon review of the pleadings, the Court has determined that more information is needed from the plaintiff to facilitate the processing of this case. Accordingly, it is hereby,

ORDERED:

1. That within twenty days of this date plaintiff shall file a written response to

(a) specifically state the date the plaintiff was convicted of receiving stolen property in the Circuit Court for Issaquena County;

(b) specifically state the sentence the plaintiff received for the receiving stolen property conviction;

(c) specifically state the dates the plaintiff has been incarcerated based on the receiving stolen property conviction;

(d) specifically state the date the plaintiff was released on probation;

(e) specifically state the date the plaintiff's probation was revoked; and

(f)  specifically state the sentence imposed upon revocation of the plaintiff's probation, and if possible attach a copy of the state court sentencing order and probation revocation order.

2.  **That failure to advise this Court of a change of address or failure to timely comply with any Order of this Court will be deemed as a purposeful delay and contumacious act by the plaintiff and will result in this cause being dismissed without prejudice and without further notice to the plaintiff.**

3.  That the Clerk of Court is directed to mail a copy of this order to the plaintiff at his last known address.

THIS, the 9th day of May, 2006.

        s/James C. Sumner
        UNITED STATES MAGISTRATE JUDGE